UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Carlos Ruiz Florez,<br><br>        Plaintiff,<br><br>-against-<br><br>26 BNDO LLC and 26 Bond Street Retail LLC,<br><br>        Defendants. | 25-CV-12 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court scheduled an initial pretrial conference on April 3, 2025 at 3:30 PM. Dkt. 7. The Order instructed the parties to file, by Wednesday of the week prior to the conference date, a joint letter complying with the Court's Individual Practices, as well as a proposed Civil Case Management Plan. *Id.*

  The parties have not made either of the required filings. They must do so by **March 31, 2025 at 5:00 PM**.

  SO ORDERED.

Dated: March 28, 2025
    New York, New York

                     _____
                     ARUN SUBRAMANIAN
                     United States District Judge