Maria-Costanza Barducci
Attorney at Law
BARDUCCI LAW FIRM, PLLC
5 West 19th Street, 10th Floor
New York, NY 10011
(212) 433-2554

---

**March 28, 2025**

**Via CM/ECF**
Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl St,
New York, NY 10007

> Plaintiff should file proof of service on the docket by **March 31, 2025 at 12:00 PM**. If defendants have not appeared in the case and their deadline to do so has passed, plaintiff should follow the appropriate procedures to obtain a certificate of default. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 9.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Date: March 28, 2025

*Re:     Carlos Ruiz Florez v. 26 BNDO LLC et al*
***Civil Action No: 1:25-cv-00012-AS***
*Motion to Adjourn [In RE: DE#8]*

Dear Judge Subramanian:

    I represent the Plaintiff in the above-referenced matter.

    Pursuant to the Court's January 6, 2025, Scheduling Order [DE#7], in regards to the Court's April 3, 2025 Initial Conference and antecedent filings, the Plaintiff respectfully moves the Court for an adjournment of the initial conference.. This is an ADA public accommodation case, however the Defendants have yet to answer or exhibit any correspondence with the Plaintiff's firm at this time. The Return of Summons are in the process of being attained, and will be filed on the docket forthwith.

    Paramount however, given the Defendants have yet to appear, the Plaintiff would naturally requests the Court adjourn the Initial Conference and requisite filings, until which time the Defendants have had a chance to appear and participate in the same.

    Thank you for the Court's time and consideration to this request.

Respectfully Submitted,

**BARDUCCI LAW FIRM, PLLC**

s/Maria Costanza Barducci
Maria-Costanza Barducci, Esq.

cc: Via CM/ECF Only