UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Carlos Ruiz Florez,<br><br>                    Plaintiff,<br><br>        -against-<br><br>26 BNDO LLC and 26 Bond Street Retail LLC,<br><br>                    Defendants. | 25-CV-12 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Plaintiff's deadline to move for default judgment was May 9, 2025. Dkt. 23. The Court's Order setting this deadline warned that "[i]f no motion for default judgment is filed by the deadline . . . the case may be dismissed for failure to prosecute without further notice to the parties." *Id.* No motion has been filed.

      As a courtesy, the Court *sua sponte* extends the deadline to **May 30, 2025**. If no motion for default judgment is made by that date, the case will be dismissed for failure to prosecute.

      SO ORDERED.

Dated: May 22, 2025
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge