UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Carlos Ruiz Florez,

                      Plaintiff,

-against-

26 BNDO LLC and 26 Bond Street Retail LLC,

                      Defendants.

25-CV-12 (AS)

ORDER SCHEDULING DEFAULT JUDGMENT BRIEFING AND SHOW CAUSE HEARING

ARUN SUBRAMANIAN, United States District Judge:

    On May 27, 2025, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b).  *See* ECF No. 26.

    It is hereby ORDERED that Defendants shall file any opposition to the motion for default judgment by **June 27, 2025**. Defendants are cautioned that corporate entities may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

    It is further ORDERED that Defendants appear and show cause before this Court on **July 10, 2025**, at **3:30 PM**, why an order should not be issued granting a default judgment against Defendants.  Unless and until the Court orders otherwise, the conference will be held remotely by telephone in accordance with Paragraph 3.B of the Court's Individual Rules and Practices in Civil Cases.  The parties should join the conference by calling the Court's dedicated conference line at (646) 453-4442 and using access code **850 567 317**, followed by the pound (#) key.  No later than Thursday the week prior to the conference date, Plaintiff must file the proposed default judgment order electronically, using the ECF Filing Event "Proposed Default Judgment," for the Clerk's approval.

    In the event that any Defendant appears or opposes the motion for default judgment prior to that date, the parties shall prepare to treat that conference as the initial pretrial conference with respect to any such appearing Defendant.  That is, if any Defendant appears, opposes the motion, or seeks a *nunc pro tunc* extension of time to respond to the complaint, then the parties — including any such appearing Defendant — shall follow the pre-conference procedures specified in the Court's Order of January 6, 2025 including by submitting a joint letter addressing certain topics and a proposed case management plan no later than the Thursday prior to the conference.  *See* ECF No. 7.

    It is further ORDERED that Plaintiff serve Defendants via overnight courier with (1) a copy of the motion for default judgment and all supporting papers; (2) a copy of this Order; and

(3) a copy of the proposed default judgment order **within one business day of the filing of each document**.  In each case, within **two business days of service,** Plaintiff must file proof of such service on the docket.

    SO ORDERED.

Dated: June 2, 2025
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge